RECEIVED
OCT 29 2019
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 1:19-cr-059 |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| MATTHEW STEVEN CARSON, | ) | T. 18, U.S.C. §§ 2, 924(c)(1)(A), (d) |
| | ) | T. 21, U.S.C. §§ 841(a)(1), 841(b)(1)(B) |
| Defendant. | ) | T. 21, U.S.C. § 853 |
| | ) | T. 28, U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Possession with Intent to Distribute a Controlled Substance)**

On or about August 8, 2019, in the Southern District of Iowa, the defendant, MATTHEW STEVEN CARSON, did knowingly and intentionally possessed with the intent to distribute a controlled substance, namely, 5 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Possession with Intent to Distribute a Controlled Substance)**

On or about September 25, 2019, in the Southern District of Iowa, the defendant, MATTHEW STEVEN CARSON, did knowingly and intentionally possessed with the intent to distribute a controlled substance, namely, 5 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and Title 18, United States Code, Section 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
### (Carry a Firearm in Furtherance of Drug Trafficking Crime)

On or about September 25, 2019, in the Southern District of Iowa and elsewhere, the Defendant, MATTHEW STEVEN CARSON, did knowingly carry a firearm, namely, a loaded Walther P22 Pistol .22 caliber, Serial Number WA162285, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute a Controlled Substance as charged in Count 2 of this Indictment.

This is a violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

**THE GRAND JURY FINDS:**

### NOTICE OF FORFEITURE

Upon conviction for any offense alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), the firearm and ammunition involved in the commission of said offense, a Walther P22 Pistol .22 caliber, Serial Number WA162285, said firearm and ammunition being identified in Count 2 of this Indictment.

**A TRUE BILL.**

FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Shelly Sudmann
Assistant United States Attorney