IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:19-cr-00059-JAJ-CFB |
| v. ) | |
| ) | DEFENDANT'S MOTION TO SEAL |
| ) | EXHIBITS TO MOTION TO SUPPRESS |
| MATTHEW STEVEN CARSON, ) | |
| ) | |
| Defendant. ) | |

COMES NOW, Defendant Matthew Steven Carson, to move for permission to file the exhibits to his upcoming motion to suppress under seal. The exhibits all derive from the government's discovery file, and thus they are not subject to public disclosure. Additionally, some of the exhibits contain personal identifiers (e.g., date of birth, social security number, license plate information) that should not be publicly available.

Respectfully submitted,

/s/ Brad Hansen
FEDERAL DEFENDER'S OFFICE
701 Pierce Street, Suite 400
Sioux City, Iowa   51101
PHONE:   (712) 252-4158
FAX:   (712) 252-4194
E-MAIL:   brad_hansen@fd.org
ATTORNEY FOR THE DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2020, I electronically filed this document with the Clerk of Court using the ECF system, which will serve it on the appropriate parties.

/s/ Brad Hansen