IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 1:19-cr-59-JAJ-CFB |
| v. | |
| MATTHEW STEVEN CARSON, | **DEFENDANT'S SENTENCING MEMORANDUM** |
| Defendant. | |

Defendant Matthew Steven Carson faces sentencing based on his guilty pleas to possession with intent to distribute five grams or more of methamphetamine (Count 2) and carrying a firearm in furtherance of a drug trafficking crime (Count 3). PSR ¶¶ 1, 2.

### I.  EXHIBITS AND WITNESSES

Mr. Carson does not intend to offer testimony, but will offer letters of support as Exhibit A and B.

### II.  ISSUES AND OUTSTANDING PSR OBJECTIONS

There are no outstanding issues or PSR objections for the Court to address.

### III.  ARGUMENT AS TO SENTENCE

The parties will jointly recommend that the Court impose a sentence of 60 months on Count 2 to be followed by a consecutive sentence of 60 months on Count 3. Count 1 is to be dismissed. The agreed upon sentence on Count 2 results in a 10 month variance from the Guidelines and the Defendant hereby moves that the Court grant such variance.

## IV. **CONCLUSION**

The defendant asks the Court to impose the sentence described above which is jointly recommended by the parties.

                                                       Respectfully submitted,

                                                      FEDERAL DEFENDER'S OFFICE
                                                      701 Pierce Street, Suite 400
                                                      Sioux City, Iowa 51101-1036
                                                      Telephone: (712) 252-4158
                                                      E-mail: Mike_Maloney@fd.org

                                                      By: /s/ Michael F. Maloney
                                                      MICHAEL F. MALONEY
                                                      ATTORNEY FOR DEFENDANT

### CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2020, I electronically filed this document with the Clerk of Court using the ECF system, which will serve it on the appropriate parties.

                                                  */s/ Geralynn Fjeldheim*