IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 1:19-cr-00059-JAJ |
| | ) | |
| v. | ) | |
| | ) | **FINAL ORDER OF FORFEITURE** |
| MATTHEW STEVEN CARSON, | ) | |
| Defendant. | ) | |

Upon review of the United States' Motion for Final Order of Forfeiture, the Court finds:

1. A Preliminary Order of Forfeiture was entered forfeiting certain property.

2. The United States caused to be published on the official government internet site notice of forfeiture of the property included in the Preliminary Order of Forfeiture, and the time to file any claims has run. Direct notice was sent to Christopher Harris. No claims were filed and the time to file any claims has run.

**IT IS ORDERED, ADJUDGED AND DECREED** that the following property is hereby forfeited to the United States:

> **A Walther P22 Pistol .22 caliber (SN: WA162285) and ammunition.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all right, title, and interest to the property described above is hereby condemned, forfeited, and vested in the United States of America and shall be disposed of according to law.

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**DATED** this 18th day of February, 2021.

_____
JOHN A. JARVEY, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA