IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 1:19-CR-059 |
| v. | ) | |
| | ) | UNITED STATES' MOTION |
| MATTHEW STEVEN CARSON | ) | FOR TURNOVER ORDER |
| Defendant. | ) | |
| | ) | |

COMES NOW, the United States of America, by and through the United States Attorney for the Southern District of Iowa, pursuant to 18 U.S.C. §§ 3613(a) and 3664(n), requests this Court to enter an order directing the U.S. Bureau of Prisons (BOP) to turnover to the Clerk of this Court the amount of $150.00 held in the inmate trust account for the above-named defendant as payment toward the criminal monetary penalties imposed in this case, and in support states:

1. On July 16, 2020, this Court sentenced MATTHEW STEVEN CARSON to 120 months of imprisonment and ordered him to pay a $200 special assessment. As of August 11, 2021, there is an outstanding balance of $150.00.

2. MATTHEW STEVEN CARSON (Register No. 19345-030) is currently incarcerated at Florence FCI and scheduled for release on March 4, 2028.

3. The United States Attorney's Office has learned that as of August 2021, MATTHEW STEVEN CARSON (Register No. 19345-030), has substantial funds in his inmate trust account maintained by the BOP[1]. In accordance with its regulations, the BOP deposited these funds into the defendant's trust account and it currently

---

[1] The purpose of the inmate trust account or commissary account is to allow the BOP to maintain inmates' monies while they are incarcerated, including monies received by the inmate from prison employment and outside sources. *See* 28 C.F.R. §§ 506.1, 545.11. Family, friends, or other sources must deposit funds for the benefit of the inmate into these accounts. *Id*. Deposits intended for the inmate's account must be mailed directly to the BOP's centralized commissary account. *See* 28 C.F.R. § 540.23.

maintains in its possession, custody, or control approximately $4,071.00 belonging to the defendant. By this motion, the United States seeks entry of an order directing the BOP to turnover these funds to the Clerk of Court as payment towards the defendant's outstanding criminal monetary penalties.

4. 18 U.S.C. § 3613 sets forth the procedures for the government to enforce criminal monetary penalties. In addition, 18 U.S.C. § 3664(n), provides:

> If a person obligated to provide restitution, or pay a fine, receives substantial resources *from any source*, including inheritance, settlement, or other judgment, during a period of incarceration, such person *shall be required* to apply the value of such resources to any restitution or fine still owed. (emphasis added).

5. The United States submits that an order authorizing the turnover of the defendant's property is appropriate here, and it need not rely upon formal collection remedies, such as a garnishment or execution, to obtain these funds, because they are already in the possession of an agency of the United States.

6. Furthermore, because the property is cash, it does not fall within any applicable categories of the exempt property that a defendant may claim in a criminal case. *See* 18 U.S.C. § 3613(a)(1) The government submits that the requested relief is reasonable and appropriate in this instance. The requested relief will result in the payment for the imposed special monetary assessment. Without this relief, the BOP will be required to allow the defendant access to these funds. This would permit the defendant, or others, the opportunity to possibly dissipate, conceal, or transfer the funds without first paying the special monetary assessment.

7.  The United States submits that the requested relief is reasonable and appropriate in this instance, where the defendant has accumulated substantial funds in his inmate trust account.

WHEREFORE, the United States requests this Court enter a Turnover Order directing the BOP to submit $150.00 held in the inmate trust account MATTHEW STEVEN CARSON (Register No. 19345-030), to the Clerk of the Court as payment toward the special monetary assessment imposed in this case.

    Respectfully submitted,

    Richard D. Westphal
    Acting United States Attorney

By: */s/ Craig Peyton Gaumer*
    Craig Peyton Gaumer
    Assistant United States Attorney
    U. S. Courthouse Annex, Suite 286
    110 East Court Avenue
    Des Moines, Iowa 50309
    Tel: (515) 473-9317
    Fax: (515) 473-9292
    Email: craig.gaumer@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

     X    U.S. Mail _____ Fax_____Hand Delivery   X   ECF/Electronic filing_____Other means


Warden
FCI FLORENCE
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 6500
FLORENCE, CO  81226

Matthew Steven Carson
Register No. 19345-030
FCI FLORENCE
FEDERAL CORRECTIONAL INSTITUTION
PO BOX 6000
FLORENCE, CO  81226

UNITED STATES ATTORNEY

By: */s/Irmaris Maldonado-Rivera*
     Paralegal Specialist