IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>MATTHEW STEVEN CARSON,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:19-CR-00059-JAJ |

## ORDER

This matter comes before the Court on the government's motion pursuant to 18 U.S.C. §§ 3613(a) and 3664(n) (DCD 64) requesting the Court to enter an Order authorizing the Bureau of Prisons to turn over to the Clerk of the Court funds held in the inmate trust account for the above-mentioned defendant as payment for the criminal monetary penalties imposed in this case. As set forth in the government's motion, the Bureau of Prisons maintains in its possession, custody, or control approximately $4,071.00 in funds belonging to the defendant that are currently in the defendant's trust account. For the reasons stated in the motion, the Court concludes that cause exists to grant the motion, and, therefore, **IT IS HEREBY**

**ORDERED** that the Motion of the United States of America to Authorize Payment from Inmate Trust Account is **GRANTED**.

**IT IS FURTHER ORDERED** that the Bureau of Prisons is authorized to turn over to the Clerk of the Court, and the Clerk of the Court shall accept funds in the amount of $150.00, held in the trust account for Matthew Steven Carson.

The payment should be made payable to the "Clerk, U.S. District Court" and forwarded to the address below with the defendant's name and case number 1:19-CR-059 on the check:

United States District Court Clerk
P.O. Box 9344
Des Moines, IA 50306-9344

The Clerk shall apply these funds as payment towards the criminal monetary penalties owed by the defendant in this case.

**DATED** this ___11th___ day of August, 2021.

JOHN A. JARVEY, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA